PATRICK H. HICKS, ESQ., Bar # 4632
RICK D. ROSKELLEY, ESQ., Bar # 3192
WENDY MEDURA KRINCEK, ESQ., Bar # 6417
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARI FETROW-FIX and THOMAS SORANNO, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br>vs.<br><br>HARRAH'S ENTERTAINMENT, INC., a Delaware Corporation; HARRAH'S OPERATING COMPANY, INC.; HARRAH'S LAUGHLIN, INC.; and DOES No. 1 through 100, inclusive,<br><br>         Defendants. | Case No. 2:10-cv-00560-RLH-PAL<br><br>**ORDER DISMISSING ALLEGATIONS RELATING TO TIP COUNTING AND CORRESPONDING PAPERWORK WITH PREJUDICE** |

Plaintiffs and Defendants stipulate and agree that the aspects of Plaintiffs' claims alleging post-shift work having to do with tip/toke counting and completing corresponding paperwork will not be pursued in the instant litigation.  Therefore, as issues of time spent counting and distributing tokes and/or filling out paperwork related to tip/toke counting will no longer be relevant to the adjudication of this action, in the interests of efficiency and clarity, allowing more precise focus on those allegations and claims which will be at issue in

/ / /

/ / /

/ / /

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

the instant litigation, it is hereby ordered that those aspects of Plaintiffs' claims having to do with counting tips and completing corresponding paperwork are DISMISSED WITH PREJUDICE.

Dated: February 1, 2011

| POGUST BRASLOW & MILLROOD, LLC | LITTLER MENDELSON |
|---|---|
| By: /s/ Harris Pogust<br>Harris L. Pogust<br>Bharati O. Sharma<br>Eight Tower Bridge, Suite 1520<br>161 Washington Street<br>Conshohocken, PA 19428<br>(610) 941-4204<br>(610) 941-4245 (fax) | By: /s/ Wendy Krincek<br>Patrick H. Hicks<br>Rick D. Roskelley<br>Wendy Medura Krincek<br>3960 Howard Hughes Parkway, St. Suite 300<br>Las Vegas, NV 89169-5937<br>(702) 862-8800<br>(702) 862-8811 (fax |
| Adam H. Springel<br>Leonard Fink<br>SPRINGEL & FINK LLP<br>2475 Village View Drive<br>Suite 250<br>Henderson, NV 89074<br>(702) 804-0706<br>(702) 804-0798 (fax) | *Counsel for Defendants* |
| *Counsel for Plaintiffs* | |

**IT IS SO ORDERED.**

_____
U.S. DISTRICT JUDGE
Date: February 2, 2011

LITTLER MENDELSON
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.