# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARI FETROW-FIX, *et al.,* | )<br>) |
|                 Plaintiffs, | )  Case No. 2:10-cv-00560-RLH-PAL<br>) |
| vs. | )  **ORDER**<br>) |
| HARRAH'S ENTERTAINMENT, INC., *et al.,* | )<br>) |
|                 Defendants. | )<br>) |

The parties submitted a Stipulation and Proposed Order Extending Deadlines (Dkt. #62) which the court approved. However, the parties disagree concerning whether it is appropriate to schedule a deadline for Plaintiffs to file a motion for class certification pursuant to Fed.R.Civ.P. 23 with respect to Plaintiffs' dismissed state law claims. The district judge dismissed these claims in an Order (Dkt. #40) entered November 16, 2010. However, Plaintiffs filed a Motion for the District Judge to Reconsider (Dkt. #48) on January 10, 2011, which is fully briefed and pending. Defendants ask that a deadline not be set on a renewed motion for class certification. Plaintiffs request that the court set a deadline 30 days after decision of the pending motion to reconsider in the event the district judge grants the request for relief.

Having reviewed and considered the matter,

**IT IS ORDERED** Plaintiff shall have 30 days from decision of the pending Motion for Reconsideration (Dkt. #48) to file a motion for class certification in the event the district judge grants leave to file a motion for class certification.

Dated this 14th day of March, 2011.

                                                        Peggy A. Leen
                                                        United States Magistrate Judge