# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARI FETROW-FIX, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:10-cv-00560-RLH-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| HARRAH'S ENTERTAINMENT, INC., *et al.*, | ) | (Mot for Prot Ord - Dkt. #65) |
| | ) | |
| Defendants. | ) | |

The court conducted a hearing on Defendants' Emergency Motion for Protective Order (Dkt. #65) on April 18, 2011. Jennifer Fornetti appeared on behalf of the Plaintiffs, and Jamie Chu appeared on behalf of the Defendants. In a prior Order (Dkt. #67), the court entered a temporary protective order precluding a Rule 30(b)(6) deposition noticed by counsel for Plaintiffs from going forward as scheduled pending a decision on the merits of Defendants' emergency motion for protective order. The court has now considered the Motion, Plaintiffs' Opposition (Dkt. #66), Defendants' Reply (Dkt. #68), and the arguments of counsel at the hearing.

Having reviewed and considered the matter,

**IT IS ORDERED** Defendants' Emergency Motion for Protective Order (Dkt. #65) is **DENIED**. Defendant Harrah's Entertainment, Inc. shall produce a Rule 30(b)(6) designee knowledgeable about the four topics in dispute in the motion. Plaintiffs may inquire concerning any corporate policy of Harrah's Entertainment, Inc. as described in the four deposition notice topics. However, the Rule 30(b)(6) designee shall not be required to testify concerning individual policies and procedures in place in Harrah's properties nationwide.

Dated this 20th day of April, 2011.

_____
Peggy A. Leen
United States Magistrate Judge