# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

CHARI FETROW-FIX, *et al*.,

      Plaintiff(s),

vs.

HARRAH'S ENTERTAINMENT, INC. *et al*.,

      Defendant(s).

Case No. 2:10-cv-0560-RLH-PAL

**O R D E R**
(Emergency Motion to Extend–#88)

      Before the Court is Plaintiff's **Emergency Motion for Extension of Time to File Plaintiffs' Response to Defendants' Motion for Summary Judgment Due on June 30, 2011** (#88, filed June 17, 2011). Defendants filed their Opposition (#90) on June 20, 2011. Plaintiffs filed their Reply (#91) on June 23, 2011.

      Due in part to both the timing of the Court's June 15, 2011, order requiring the production in question and the delay in consideration of this motion because of the undersigned's absence from the District on Friday, June 24, and, notwithstanding Defendants' argument that their motion for summary judgment only deals with Fetro-Fix's claim, it appears to the Court that a short extension will not create any prejudice.

      Accordingly, and for good cause appearing, IT IS HEREBY ORDERED that Plaintiff's **Emergency Motion for Extension of Time to File Plaintiffs' Response to Defendants'**

1

1 | **Motion for Summary Judgment Due on June 30, 2011** (#88) is GRANTED and Plaintiffs' time to
2 | respond is extended to July 8, 2011.
3 |        Dated: June 27, 2011.

                                                                            _____
                                                                            **Roger L. Hunt**
                                                                            **United States District Judge**