UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARI FETROW-FIX and THOMAS SORANNO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>HARRAH'S ENTERTAINMENT, INC., a Delaware Corporation; HARRAH'S OPERATING COMPANY, INC.; HARRAH'S LAUGHLIN, INC.; and DOES No. 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:10-cv-00560-RLH-PAL<br><br>**O R D E R**<br><br>(Motion for Reconsideration–#114) |

　　　　Before the Court is an Order (#112) entered by the Honorable Peggy A. Leen, Magistrate Judge, regarding Plaintiffs' Chari Fetrow-Fix and Thomas Soranno's Motion for Conditional Certification of Collective Action (#80).

　　　　Plaintiff Thomas Soranno filed Objections to Magistrate Judge Leen's Order (#114) in accordance with Rule IB 3-1 of the Local Rules of Practice of the United States District Court for the District of Nevada. Defendants Harrah's Entertainment, Inc., Harrah's Operating Company, Inc., and Harrah's Laughlin, Inc., filed a Response (#115) to the Objections, and this

1

matter was referred for consideration. Plaintiff filed a Reply (#116) to Defendants' Response, but because the rules of civil procedure to not allow for a reply in support of objections to a magistrate judge's order, the Court will not consider it. *See Fed. R. Civ. P.* 72; LR IB 3-1, 3-2.

        The Court has conducted a de novo review of the record in accordance with 28 U.S.C. § 636(b)(1)(A), (B), and (C) and Local Rule IB 3-1 and determines that the Order (#112) is not clearly erroneous or contrary to law and should be affirmed.

        IT IS THEREFORE ORDERED that Magistrate Judge Leen's Order (#112) is AFFIRMED, Plaintiff's Objections are overruled, and Plaintiff's Motion for Reconsideration (#114) is DENIED.

        IT IS FURTHER ORDERED that Defendants' Motion to Strike Plaintiff's Reply (#118) is GRANTED.

Dated: May 9, 2012

_____
**ROGER L. HUNT**
**United States District Judge**